IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-cv-21450

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

CODEMASS, INC.,

        Defendant.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, ArrivalStar S.A. and Melvino Technologies Limited, hereby notify this Court and the Defendant, that they voluntarily dismiss, **with prejudice**, all claims against Defendant, with each party to bear its own costs and attorneys' fees.

Dated:  June 5, 2013.                                     Respectfully Submitted,

                                                    /s/ William R. McMahon
                                                    William R. McMahon, Esquire
                                                    Florida Bar Number: 39044
                                                    McMahon Law Firm, LLC
                                                    21070 Sweetwater Lane North
                                                    Boca Raton, Florida 33428
                                                    Telephone: 561-470-7604
                                                    Facsimile: 561-807-5900
                                                    E-Mail: bill@mlfllc.com
                                                    **Attorney for Plaintiffs**